UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 4:10CR76(JCH) |
| ERIC WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

　　　**IT IS HEREBY ORDERED** that this case is set for trial on **May 10,  2010**, in the

courtroom of the undersigned at 9 a.m.


　　　Dated this 29th day of March, 2010


　　　　　　　　　　　　　　　　　　　　　　　\s\ Jean C. Hamilton
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE